UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARILYN O'HARA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-563 |
| | § | |
| PATRICK R. DONAHOE, Postmaster General, | § | |
| United States Postal Service, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On January 24, 2014, a hearing was held at which this Court considered Defendants Patrick R. Donahoe's and National Association of Letter Carriers, AFL-CIO, Houston Branch 283's Motions to Dismiss (Doc. Nos. 21 and 24) Plaintiff Marilyn O'Hara's First Amended Complaint (Doc. No. 18). At that hearing, the Court granted Defendants' Motions and dismissed Ms. O'Hara's claims. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the January 24, 2014 hearing granting Defendants' Motions, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the twenty-fifth day of April, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE